■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOMINICK CARBONE, Appellant. — Appeal by defendant from a judgment of the County Court, Putnam County (Bowers, J.), rendered June 23, 1976, as amended November 2, 1977, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence. ¶ Judgment, as amended, affirmed. ¶ Under the circumstances, defendant was not deprived of the effective assistance of counsel (see *People v Morris,* 100 AD2d 630; *People v Rodriguez,* 94 AD2d 805; *People v Williams,* 87 AD2d 876). We have reviewed defendant's remaining contention on appeal and find that it lacks merit. Mollen, P. J., Titone, Lazer and Mangano, JJ., concur.